DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

15 DECEMBER 2015

| | | | |
|---|---|---|---|
| 247P15 | The Estate of Robert Eugene Tipton, Jr., by and through his Ancillary Administrator Deborah Dunklin Tipton v. High Point University, Delta Sigma Phi Fraternity, Inc., Jeffrey A. Karpovich, Michael Qubein, and Marshall Jefferson | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA14-1286)<br><br>2. Motion to Admit Douglas G. Fierberg *Pro Hac Vice*<br><br>3. Motion to Admit Douglas C. Melcher *Pro Hac Vice* | 1. Denied<br><br>2. Allowed<br><br>3. Allowed<br><br>**Martin, C.J., recused** |
| 252PA14-2 | State v. Thomas Craig Campbell | 1. State's Motion for Temporary Stay (COA13-1404-2)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **11/10/2015**<br><br>2.<br><br>3. |
| 266P15 | State v. Thomas Rashad Armstrong | Def's PDR Under N.C.G.S. § 7A-31 (COA14-765) | Denied<br><br>**Ervin, J., recused** |
| 271P14-2 | State v. Rodney Moucell Jones | 1. Def's *Pro Se* Motion for PDR<br><br>2. Def's *Pro Se* Petition for *Writ of Habeas Corpus*<br><br>3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed **11/25/2015**<br><br>2. Denied **11/25/2015**<br><br>3. Allowed **11/25/2015** |
| 274P15-2 | Robert K. Stewart v. Honorable James M. Webb | 1. Plt's *Pro Se* Motion for Complaint<br><br>2. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Plt's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |